JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RED DOOR, LLC, a Texas limited liability company; PRAXIS ENTERTAINMENT GROUP, LTD., a Texas limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>DIRECTORS GUILD OF AMERICA, INC., a California corporation; MATIA KARRELL, an individual; and DOES 1-100, inclusive<br><br>Defendants. | No.   CV 08-3632 PA (VBKx)<br><br>JUDGMENT |

In accordance with the Court's September 30, 2008 Minute Order granting partial summary judgment in favor of defendant and counter-claimant Directors Guild of America, Inc. ("DGA") and against plaintiffs The Red Door, LLC ("Red Door") and Praxis Entertainment Group, Ltd. ("Praxis") (collectively "Plaintiffs"), which granted summary judgment in favor of the DGA an Plaintiffs' claim for declaratory relief and the DGA's counterclaim for declaratory relief, and dismissed Plaintiffs' remaining supplemental claim for breach of contract against defendant Matia Karrell ("Karrell"), there are no remaining claims pending in this action.

1	It is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

	1.	Plaintiffs shall recover nothing from the DGA or Karrell on Plaintiffs' first claim for declaratory relief;

	2.	The DGA shall have judgment in its favor on the DGA's counterclaim for declaratory relief;

	3.	The arbitration award in favor of the DGA is confirmed;

	4.	Plaintiffs are jointly and severally liable for the arbitration award rendered against them and shall immediately pay to the DGA and Karrell initial compensation in the amount of $80,407.90 and interest thereon in the amount of $52,229.80, residuals compensation in the amount of $31,511.79 and interest thereon in the amount of $9,071.00, pension and health contributions in the amount of $11,300.98 for initial compensation and $5,188.79 in interest thereon, and $3,398.97 in contributions for residual compensation and interest thereon in the amount of $256.54, and 50% of the arbitrator's fees and travel expenses of $4,036.80;

	5.	The DGA and Karrell shall recover from Plaintiffs their costs of suit and reasonable attorneys' fees.

	The Clerk is ordered to enter this Judgment.

DATED: September 30, 2008

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE